# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES J. COLEMAN & JOANN M. COLEMAN  Case Number: 07-71357
5374 CRESTDALE DRIVE  SSN-xxx-xx-1165 & xxx-xx-9097
ROCKFORD, IL  61114

Case filed on: 6/4/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $690.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY HENRY REPAY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | NOONAN & LIEBERMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | TRUE LOGIC FINANCIAL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LEADING EDGE RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | IDT CARMEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ILLINOIS DEPARTMENT OF REVENUE | 381.35 | 381.35 | 0.00 | 0.00 |
| | Total Priority | 381.35 | 381.35 | 0.00 | 0.00 |
| 999 | JAMES J. COLEMAN | 0.00 | 0.00 | 690.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 690.00 | 0.00 |
| 001 | OCWEN LOAN SERVICING LLC | 22,694.17 | 22,694.17 | 0.00 | 0.00 |
| 003 | WILSHIRE CREDIT CORPORATION | 8,500.00 | 8,500.00 | 0.00 | 0.00 |
| | Total Secured | 31,194.17 | 31,194.17 | 0.00 | 0.00 |
| 004 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ILLINOIS DEPARTMENT OF REVENUE | 318.20 | 3.18 | 0.00 | 0.00 |
| 009 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,369.00 | 13.69 | 0.00 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 1,634.83 | 16.35 | 0.00 | 0.00 |
| 015 | B-REAL LLC | 5,783.69 | 57.84 | 0.00 | 0.00 |
| | Total Unsecured | 9,105.72 | 91.06 | 0.00 | 0.00 |
| | Grand Total: | 40,681.24 | 31,666.58 | 690.00 | 0.00 |

Total Paid Claimant:  $690.00
Trustee Allowance:   $0.00
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008       By  /s/Heather M. Fagan